IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SOFTRAX CORPORATION,

    Plaintiff,

v.

PATRICK RASICOT,

    Defendant.

Civil Action No. 05-11789-JLT

## DEFENDANT PATRICK RASICOT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Defendant Patrick Rasicot ("Rasicot"), by his attorneys, Birnbaum & Godkin, LLP, hereby moves for summary judgment in his favor. In support of his Motion, Rasicot relies upon the accompanying Memorandum of Law and Statement of Undisputed Material Facts (together with supporting affidavits).

WHEREFORE, defendant Patrick Rasicot respectfully requests that the Court grant summary judgment in his favor, and, pursuant to Section 9 of the Agreement between the parties, award him fees and costs (including attorney's fees).

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 56(c), Defendant Patrick Rasicot hereby requests oral argument on his Motion for Summary Judgment.

Dated: September 12, 2005

                                                Respectfully submitted,

                                                PATRICK RASICOT

                                                By his attorneys
                                                BIRNBAUM & GODKIN, LLP

                                                /s/ Melissa M. Longo
                                                Scott A. Birnbaum (BBO# 543834)
                                                Robert N. Feldman (BBO# 630734)
                                                Melissa M. Longo (BBO # 647649)
                                                Birnbaum & Godkin, LLP
                                                280 Summer Street
                                                Boston, MA  02210
                                                Tel: 617-307-6100
                                                Fax: 617-307-6101

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record on September 12, 2005, by electronic service.

                                                /s/ Melissa M. Longo
                                                Melissa M. Longo