UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SOFTRAX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | CASE 1:05-cv-11789-JLT |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICK RASICOT, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S ASSENTED-TO MOTION FOR ONE WEEK EXTENSION OF TIME TO OPPOSE DEFENDANT'S SUMMARY JUDGMENT MOTION**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(B)(2), plaintiff Softrax Corporation ("Softrax") moves for a one week extension, to October 3, 2005, of the time in which to oppose Defendant Patrick Rasicot's Motion for Summary Judgment. The summary judgment motion was filed on September 12, 2005 and opposition papers are presently due September 26, 2005. The undersigned counsel for Softrax has arbitration hearings and other professional obligations in the next two weeks, and requires an additional week to prepare papers in opposition to the motion for summary judgment. Defendant assents to the brief extension.

SOFTRAX CORPORATION

By its attorneys,

/s/ T. Christopher Donnelly
T. Christopher Donnelly (BBO #129930)
Paula M. McManus (BBO #648029)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880

Assented to:

PATRICK RASICOT

By his attorneys,


/s/ Scott A. Birnbaum
Scott A. Birnbaum (BBO #543834)
Robert N. Feldman (BBO #630734)
Melissa M. Longo (BBO #647649)
Birnbaum & Godkin, LLP
280 Summer Street, 5th Floor
Boston, MA  02210
617-307-6100


Dated: September 14, 2005