UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SOFTRAX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | CASE 1:05-cv-11789-JLT |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICK RASICOT, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S ASSENTED-TO MOTION FOR FIVE DAY EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1(B)(2), plaintiff Softrax Corporation ("Softrax") moves for a five day extension, to October 3, 2005, of the time in which to oppose defendant Patrick Rasicot's Motion for Protective Order. The motion was filed on September 15, 2005 and opposition papers are presently due September 29, 2005. The undersigned counsel for Softrax has arbitration hearings and other professional obligations in the interim period, and requires additional time to oppose the motion. In addition, the opposition will rely in part on Softrax's papers in opposition to summary judgment, which Softrax has requested be filed on October 3, 2005. Judicial efficiency will be served by simultaneous filing of the two oppositions. Defendant assents to the brief extension.

SOFTRAX CORPORATION

By its attorneys,

/s/ T. Christopher Donnelly
T. Christopher Donnelly (BBO #129930)
Paula M. McManus (BBO #648029)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880


Assented to:

PATRICK RASICOT

By his attorneys,

/s/ Scott A. Birnbaum
Scott A. Birnbaum (BBO #543834)
Robert N. Feldman (BBO #630734)
Melissa M. Longo (BBO #647649)
Birnbaum & Godkin, LLP
280 Summer Street, 5th Floor
Boston, MA  02210
617-307-6100


Dated: September 19, 2005