UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SOFTRAX CORPORATION,            )
                                )
            Plaintiff,           )    CASE 1:05-cv-11789-JLT
                                )
v.                              )
                                )
PATRICK RASICOT,                )
                                )
            Defendant.           )

AFFIDAVIT OF JAKE FENNESSY

I, Jake Fennessy, state under penalty of perjury as follows:

1.      I am currently the Chief Financial Officer of Softrax Corporation ("Softrax" or the "Company") and have held this or a comparable position since joining the Company in 1998.

2.      I reviewed pages from the website of NetSuite, Inc today. In the section of the website entitled "Industries," NetSuite lists nine industries which it targets for its products. The first such Industry is Software. NetSuite devotes numerous pages to the Software industry. Seven of the remaining eight industries are addressed only by one page. The eighth Industry is Wholesale/Distribution. My understanding is that the expansion of the pages on this industry has occurred only within the last four to six weeks.

3.      Attached hereto as Exhibit A is a page I printed on September 30, 2005 from NetSuite's website, on which NetSuite refers to Softrax as its competitor.

Signed under the penalties of perjury this 30th day of September, 2005.

_____
Jake Fennessy

EXHIBIT A



1 877 NETSUITE

    

FREE TRIAL | SCHEDULE A DEMO | CONTACT ME

**CUSTOMERS** — Read about NetSuite Software Customer Success Stories

**WEBINARS** — NetSuite For Software Companies

**ROLE-BASED DEMO** — Watch Role-Based Demo

| Home | Products | Customers | Industries | Services | Partners | News & Events | Resources |

Home > Industries > Software > **Revenue Management**

**SOFTWARE**

**Software**
Dashboard
Financials
Revenue Management
Marketing Automation
Sales Force Automation
Customer Support Service
Website Analytics
Customer Self-Service Management
Partner Relationship Management
Business Consulting Solution
**Wholesale / Distribution**
**Electronic Commerce**
**Advertising**
**Agriculture**
**Manufacturing**
**Nonprofit**
**Professional Services**
**Retail**

**Revenue Management**
Deferred Revenue & Forecasted Reporting

More Information

Many software companies rely on Microsoft Excel not only to calculate revenue recognition, but also to generate their revenue reports. But this approach presents numerous problems, including spreadsheet complexity, compromised data integrity, and lack of continuity with the primary accounting system. Even when companies opt for high-end, highly expensive, standalone revenue-management solutions, such as Softrax, they find that integration is a costly and time-consuming proposition.

By contrast, NetSuite's software industry solution is a fully integrated application, which ties together all your critical business data. With NetSuite's revenue management software, companies get forecasts on all the revenue that has yet to be recognized, as well as revenue that has been deferred with up-to-the-minute accuracy.

**Benefits:**

- Easy access to detailed historical and future views of both deferred and recognized revenue leads to smarter, better and more accurate business planning.
- A single system of record results in better data accuracy and a better audit trail.
- Employees enter financial data only once, reducing data-entry errors and eliminating

Revenue Reporting - Revenue Management Software - NetSuite Software Industry Solution

the need to maintain multiple systems and databases.

- With full visibility into your company's revenue, you can project your true financial position, including sales, cash flow and revenue—all within one system.

**Features:**

- Deferred revenue reports deliver detailed data on what revenue has posted.
- Revenue forecasts indicate what revenue is scheduled to be recognized and when.

About Us | Job Openings | Privacy Policy | Contact Us |    Copyright ©2005 NetSuite Inc. All rights reserved.