UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SOFTRAX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | CASE 1:05-cv-11789-JLT |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICK RASICOT, | ) | |
| Defendant. | ) | |

### JOINT MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT

Plaintiff Softrax Corporation and defendant Patrick Rasicot, by their respective undersigned counsel, move the Court to enter the Stipulated Final Judgment attached hereto as Exhibit A. The parties have agreed to settle this action on terms which include entry of a Stipulated Final Judgment that enjoins Patrick Rasicot from working for NetSuite, Inc. through August 11, 2007.

| SOFTRAX CORPORATION, | PATRICK RASICOT |
|---|---|
| By its attorneys, | By his attorneys, |
| /s/ T. Christopher Donnelly | /s/ Scott A. Birnbaum |
| T. Christopher Donnelly (BBO #129930) | Scott A. Birnbaum (BBO #543834) |
| Donnelly, Conroy & Gelhaar, LLP | Robert N. Feldman (BBO #630734) |
| One Beacon Street, 33rd Floor | Melissa M. Longo (BBO #647649) |
| Boston, MA 02108 | Birnbaum & Godkin, LLP |
| (617) 720-2880 | 280 Summer Street - 5th Floor |
| | Boston, MA 02210 |
| | (617) 307-6100 |

Dated:   November 3, 2006

## Certificate of Service

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 3, 2006.

                /s/ T. Christopher Donnelly
                T. Christopher Donnelly

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SOFTRAX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | CASE 1:05-cv-11789-JLT |
| | ) | |
| v. | ) | |
| | ) | |
| PATRICK RASICOT, | ) | |
| Defendant. | ) | |

## STIPULATED FINAL JUDGMENT

Plaintiff Softrax Corporation and defendant Patrick Rasicot stipulate, and the Court hereby adjudges, that Patrick Rasicot is enjoined from working for NetSuite, Inc. through August 11, 2007. Each party shall bear its own costs and expenses, including attorney's fees.

_____
Hon. Joseph L. Tauro
United States District Judge

Dated: November ___, 2006