UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOFTRAX CORPORATION, | ) |
| Plaintiff, | ) CASE 1:05-cv-11789-JLT |
| v. | ) |
| PATRICK RASICOT, | ) |
| Defendant. | ) |

## STIPULATED FINAL JUDGMENT

Plaintiff Softrax Corporation and defendant Patrick Rasicot stipulate, and the Court hereby adjudges, that Patrick Rasicot is enjoined from working for NetSuite, Inc. through August 11, 2007. Each party shall bear its own costs and expenses, including attorney's fees.

Hon. Joseph L. Tauro
United States District Judge

Dated: November 6, 2006